373 A.2d 457
COMMONWEALTH of Pennsylvania
v.
Lillian JONES, Appellant (two cases).

Supreme Court of Pennsylvania.

Submitted Jan. 1, 1977.

Decided June 3, 1977.

Norris E. Gelman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgments of sentence affirmed.

JONES, former C. J., took no part in the consideration or decision of this case.